**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**L. WOODRUFF for L. WOODRUFF**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### -o0O0o-

| | |
|---|---|
| **L. WOODRUFF o/b/o L. WOODRUFF,** | **No.   2:19-cv-02179-DMC(SS)** |
| **Plaintiff,** | |
| | **STIPULATION AND  ORDER** |
| | **FOR  EXTENSION OF** |
| | **TIME TO FILE PLAINTIFF'S** |
| **v.** | **MOTION FOR SUMMARY** |
| **Andrew Saul,** | **JUDGMENT** |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective

undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion

for summary judgment is extended to March 30, 2020.

This is a first extension. Plaintiff's attorney must work through an unusually large

number of cases at this time. For example, this may be one of five cases in which the

administrative records were all filed by defendant on the same day, triggering a scheduled

motion for summary judgment. At the same time, counsel had been --- and will be even more so

in May, if the hearings in these cases are not halted altogether because of the COVID—19 situation --- having to handle an above-average number of hearings of these cases because his local hearing office off-loaded many to a second hearing office. However, in part because of canceling a vacation because of this virus, counsel has almost no hearings in April. Counsel is attempting to schedule and complete this backlog of motions during April, including this one in March.

Dated:    March 18, 2020

/s/    *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration


Dated:  March 18, 2020

 */s/ per e-mail authorization*
DANIEL TALBERT
Special Assistant U.S. Attorney
Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to March 30, 2020.

SO ORDERED.

Dated:  March 19, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE